**Order entered March 26, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01327-CV

### JOSEPH COBB, Appellant

### V.

### RONALD HANSEN AND LISA HANSEN, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-06461**

### ORDER

Before the Court is appellant's March 23, 2020 unopposed motion for leave to file his amended opening brief. We **GRANT** appellant's motion and **ORDER** appellant's amended opening brief received March 23, 2020 filed as of the date of this order.

Additionally before the Court is appellees' March 23, 2020 unopposed motion for extension of time to file their responsive brief. We **GRANT** appellees' motion and **ORDER** their responsive brief to be filed no later than May 1, 2020.

/s/  BILL WHITEHILL
JUSTICE